UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LURENZO LEE WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>CENTRAL DISTRICT OF CALIFORNIA,<br><br>        Respondent. | Case No. CV 17-5554 CBM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: November 15, 2017

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE